IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT C. BURLEW,

    Petitioner,            No. CIV S-08-2009 LKK CHS P

  vs.

A. HEDGPETH, Warden,

    Respondent.          ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 14, 2008, respondent filed a notice of filing/lodging documents in paper. A second notice was filed on November 19, 2008. Upon review of the record many of the documents are not found.

        Accordingly, IT IS HEREBY ORDERED that respondent re-lodge all the documents related to this matter within 14 days of the date of this order.

DATED: May 26, 2009

                                      /s/ Charlene H. Sorrentino
                                      CHARLENE H. SORRENTINO
                                      UNITED STATES MAGISTRATE JUDGE

1